AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Ivan Smith
_____
Plaintiff

City of Wilm., unnamed WPD Detectives, United States
unnamed A.U.S.A. for Dist. of DE., unnamed (A.T.F.E) Agent, U.S.
Dist. Court of Delaware, Defendant(s) U.S. Marshals of Dist. of DE.

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 06-632

I, Ivan Smith - Oron Mir _____ declare that I am the (check appropriate box)

06-632

☑ Petitioner/Plaintiff/Movant    ☐ Other

FILED
OCT 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Salem County Corr. Facility

   **Inmate Identification Number (Required):** 485-27-066

   Are you employed at the institution? NO   Do you receive any payment from the institution? NO

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment          ☐ Yes   ☑ No
   b. Rent payments, interest or dividends                   ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments         ☐ Yes   ☑ No
   d. Disability or workers compensation payments            ☐ Yes   ☑ No
   e. Gifts or inheritances                                  ☐ Yes   ☑ No
   f. Any other sources                                      ☑ Yes   ☐ No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. Distant aunt, (distant in residence) sent me $500. due to the fact that my mother recently passed away. I cannot say that I will ever recieve any other money in the future.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

    If "Yes" state the total amount $_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

    ☐ Yes   ☒ No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.   NONE

I declare under penalty of perjury that the above information is true and correct.

_10-6-06_  _____
DATE                SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

10-7-06

Dear Clerk

please attach this "account sheet" to Forma Pauperis Application, of 10-6-06.

Thank you, Ivan Smith

- 0 6 - 6 3 2 -

FILED
OCT 1 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Inmate:** SMITH, IVAN JOHN
**Booking #:** 2005-2316
**Permanent ID:** 32786

| Trans Date/Time | Back Date/Time | Code | Switch | Trans Amount | Deposit From/Withdrawal To | Receipt # | Check # | Rev? |
|---|---|---|---|---|---|---|---|---|
| 02/08/2006 16:00 | | MO | 1 | 25.00 | RYSHEEN BOWERS | 35800 | | |
| 02/08/2006 15:59 | | MO | 1 | 25.00 | RYSHEEN BOWERS | 35799 | | |
| 01/09/2006 11:35 | | WP | 1 | 1.00 1/2 1/8 | | 7456 | | |
| 12/29/2005 15:25 | | CC | 2 | 6.00 8 COPIES | | 850971 | | |
| 11/09/2005 10:37 | | CC | 2 | 12.50 20 COPIES | | 821730 | | |
| 11/14/2005 11:45 | | CC | 2 | 14.50 14 COPIES | | 807942 | | |

Copy of inmates account,
inmate - 21.03 on account
as of 4/7/06



06-632

**FILED**
OCT 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Inmate:** SMITH, IVAN JOHN
**Booking #:** 2005-2316
**Permanent ID:** 32786

| Trans Date/Time | Back Date/Time | Code | Switch | Trans Amount | Deposit From/Withdrawal To | Receipt # | Check # | Rev? |
|---|---|---|---|---|---|---|---|---|
| 03/09/2006 14:34 | | CC | 2 | 30.00 | 80 COPIES | 62296 | | |
| 02/21/2006 11:13 | | PS | 2 | .391 | | 47489 | | |
| 02/19/2006 21:11 | | ITD | 7 | 3.04 | ITI CALL ALLOWANCE DEPOSIT | 46851 | | |
| 02/19/2006 21:10 | | ITW | 8 | 3.04 | ITI CALL ALLOWANCE WITHDRAV | 46849 | | |
| 02/16/2006 09:20 | | PS | 2 | .391 | LETTER | 43499 | | |
| 02/15/2006 21:31 | | ITD | 7 | 3.04 | ITI CALL ALLOWANCE DEPOSIT | 43260 | | |
| 02/15/2006 21:30 | | ITW | 8 | 3.04 | ITI CALL ALLOWANCE WITHDRAV | 43251 | | |
| 02/10/2006 22:17 | | ITC | 2 | 2.79 | ITI DEBIT SYSTEM CALL CHARGE | 38544 | | |
| 02/10/2006 22:17 | | ITC | 2 | .08 | ITI DEBIT SYSTEM FEDERAL TAX | 38546 | | |
| 02/10/2006 22:17 | | ITC | 2 | .17 | ITI DEBIT SYSTEM STATE TAX | 38545 | | |
| 02/10/2006 21:57 | | ITW | 8 | 3.04 | ITI CALL ALLOWANCE WITHDRAV | 38461 | | |
| 02/10/2006 21:56 | | ITD | 7 | 3.04 | ITI CALL ALLOWANCE DEPOSIT | 38460 | | |
| 02/10/2006 21:55 | | ITW | 8 | 3.04 | ITI CALL ALLOWANCE WITHDRAV | 38452 | | |
| 02/10/2006 13:08 | | ITD | 7 | 3.04 | ITI CALL ALLOWANCE DEPOSIT | 37757 | | |
| 02/10/2006 13:07 | | ITW | 8 | 3.04 | ITI CALL ALLOWANCE WITHDRAV | 37755 | | |
| 02/10/2006 12:16 | | ITD | 7 | 3.04 | ITI CALL ALLOWANCE DEPOSIT | 37683 | | |
| 02/10/2006 12:16 | | ITW | 8 | 3.04 | ITI CALL ALLOWANCE WITHDRAV | 37682 | | |
| 02/09/2006 22:59 | | ITC | 2 | 2.79 | ITI DEBIT SYSTEM CALL CHARGE | 37418 | | |
| 02/09/2006 22:59 | | ITC | 2 | .08 | ITI DEBIT SYSTEM FEDERAL TAX | 37420 | | |
| 02/09/2006 22:59 | | ITC | 2 | .17 | ITI DEBIT SYSTEM STATE TAX | 37419 | | |
| 02/09/2006 22:38 | | ITC | 2 | 2.79 | ITI DEBIT SYSTEM CALL CHARGE | 37391 | | |
| 02/09/2006 22:38 | | ITC | 2 | .08 | ITI DEBIT SYSTEM FEDERAL TAX | 37393 | | |
| 02/09/2006 22:38 | | ITC | 2 | .17 | ITI DEBIT SYSTEM STATE TAX | 37392 | | |
| 02/09/2006 22:17 | | ITW | 8 | 3.04 | ITI CALL ALLOWANCE WITHDRAV | 37394 | | |
| 02/09/2006 22:17 | | ITD | 7 | 3.04 | ITI CALL ALLOWANCE DEPOSIT | 37421 | | |
| 02/09/2006 21:30 | | ITW | 8 | 3.04 | ITI CALL ALLOWANCE WITHDRAV | 37347 | | |
| 02/09/2006 21:30 | | ITD | 7 | 3.04 | ITI CALL ALLOWANCE DEPOSIT | 37390 | | |
| 02/09/2006 21:29 | | ITW | 8 | 3.04 | ITI CALL ALLOWANCE WITHDRAV | 37242 | | |
| 02/09/2006 13:19 | | ITD | 7 | 3.04 | ITI CALL ALLOWANCE DEPOSIT | 36817 | | |
| 02/09/2006 13:18 | | ITW | 8 | 3.04 | ITI CALL ALLOWANCE WITHDRAV | 36806 | | |

