10-7-06

Dear Court Clerk

06-632

Here is a copy of six months of my institutional account balance and transactions. Currently I am awaiting up-dated account status sheets, which show that "presently my account balance is under $5.00. As soon as the institution provides me with the more accurate account status sheet that I have requested; I will promptly send them to the Dist. Court Clerk. Thank you!

Ivan Smith

*[signature]*

P.S.

These forms are in refence to the recently filed complaint of 10-6-06    06-632



FILED
OCT 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

