UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Smith, Plaintiff

v.   Civil No. 06-632 (JJF)

City of Wilmington et al, Defendants

## PLAINTIFF'S MOTION TO AMEND CIVIL COMPLAINT

Plaintiff, Ivan Smith, pro se respectfully submits to the District Court of Delaware; partial amendment to recently filed civil complaint of the above civil complaint number.

### Amendment to complaint section; III DEFENDANTS:

(7) Name of defendant: Unnamed Judicial Officer
Employed as: District Court Judge; at: District of Delaware
Mailing address: 844 N. King Street, Wilm., DE. 19801

(8) Name of defendant: United States of America

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 NOV -2 PM 3:12
BDscanned

<u>Amendment to complaint section</u>, **IV. STATEMENT OF CLAIM:**

7. An unnamed Judicial officer of the District of Delaware has used his judicial compacity vested powers to discriminatively help an A.U.S.A. obtain an immediate conviction of the plaintiff of this complaint for campaign promotional purposes by, unethically denying plaintiffs request to submit briefs to support his meritoriously heard motion for the benifit of the A.U.S.A.; by intentionally disregarding the application of controlling Court of Appeals caselaw that was introduced to the court in reference to it's unsupported by law fact finding, also by intimidatingly discouraging the plaintiffs reasonable complaint of attorney misconduct for benifitial favor of the government's A.U.S.A., and also consequently threatening that if the plaintiff did not get along with another attorney that he would not be entitled to representation of counsel and, forced to continue to trial pro se for requesting replacement of counsel. Instead of for good cause, the above acts by the court were purposely motivated to avoid any delay in obtainment of the plaintiffs conviction so that the A.U.S.A. could add the plaintiff's conviction to the others on his campaign promotional web-site list to support the A.U.S.A.'s, at that time soon approaching candidate campaign for Attorney General. A fair review of the record will reflect the unusual conduct.

8. The United States of America has negligently appointed or hired, and also trained and supervised officials, who have abusively used their official compacity authority to oppress and violate rights (intentionally) of the plaintiff.

1

UNITED STATES OF AMERICA DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Smith
  plaintiff

v.

City of Wilmington et al
  defendants

Civ. No. 06-632 (JJF)

### CERTIFICATE OF SERVICE

I, Ivan Smith on 10-31-06, under the penalty of perjury submit (one) six month institutional account balance sheet, stating negative zero balance and, request the District of Delaware Court Clerk to file this civil complaint amendment and also, to issue copies of this motion to amend to the appropriate provised parties or defendants or who is appropriately entitled by law. Thank you!

Respectfully Ivan Smith
10-31-06

Evan Smith, B-3
Salem County Corr. Facility
125 Cemetary Road
Woodstown, NJ. 08098

LEGAL MAIL

Office of the Clerk
United States District Court
844 N. King Street, Lock box #18
Wilmington, Delaware 19801-8570

MAILED FROM
SALEM COUNTY
CORRECTIONAL FACILITY