FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 NOV -2 PM 3:13

PD scanned

Inmate Account Summary Report
SALEM COUNTY CORRECTIONAL FACILITY

Today's Date: 10/30/2006                                                                 Page 4 of 11

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SMITH | IVAN | JOHN | | 2005-2316 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 05/26/2006 10:07 | Withdrawal | -2.37 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 438.61 | 0.00 | 1139583 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/26/2006 10:07 | Withdrawal | -.14 | ITC | | ITI DEBIT SYSTEM STATE TAX | 438.47 | 0.00 | 1139584 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/26/2006 10:07 | Withdrawal | -.07 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 438.40 | 0.00 | 1139585 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/30/2006 21:23 | Withdrawal | -11.25 | CP | | COMMISSARY SUMMARY POSTING | 427.15 | 0.00 | 1144290 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | ITI COMMISSARY SUMMARY POSTING | |
| 06/02/2006 13:54 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 424.36 | 0.00 | 1147372 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 06/02/2006 13:54 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | 424.19 | 0.00 | 1147373 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 06/02/2006 13:54 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 424.11 | 0.00 | 1147374 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 06/06/2006 19:53 | Withdrawal | -16.30 | CP | | COMMISSARY SUMMARY POSTING | 407.81 | 0.00 | 1152390 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | ITI COMMISSARY SUMMARY POSTING | |
| 06/08/2006 16:11 | Withdrawal | -100.00 | OT | | UNITED STATES DISTRICT COURT | 307.81 | 0.00 | 1154880 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: | | | 11073 | |
| 06/08/2006 21:11 | Withdrawal | -1.81 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 306.00 | 0.00 | 1155185 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 06/08/2006 21:11 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 305.89 | 0.00 | 1155186 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 06/08/2006 21:11 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 305.84 | 0.00 | 1155187 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 06/08/2006 22:21 | Withdrawal | -2.16 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 303.68 | 0.00 | 1155433 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |



Inmate Account Summary Report
SALEM COUNTY CORRECTIONAL FACILITY

Today's Date: 10/30/2006                                                                                                      Page 5 of 11

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SMITH | IVAN | JOHN | | 2005-2316 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 06/08/2006 22:21 | Withdrawal | -.13 | ITC | | ITI DEBIT SYSTEM STATE TAX | 303.55 | 0.00 | 1155434 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 06/08/2006 22:21 | Withdrawal | -.06 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 303.49 | 0.00 | 1155435 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 06/09/2006 14:43 | Withdrawal | -3.80 | CC | | 6 COPIES | 299.69 | 0.00 | 1156029 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: PER C/O KENT | | | | |
| 06/13/2006 21:40 | Withdrawal | -13.21 | CP | | COMMISSARY SUMMARY POSTING | 286.48 | 0.00 | 1160995 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI COMMISSARY SUMMARY POSTING | | | | |
| 06/15/2006 20:25 | Withdrawal | -2.44 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 284.04 | 0.00 | 1162907 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 06/15/2006 20:25 | Withdrawal | -.15 | ITC | | ITI DEBIT SYSTEM STATE TAX | 283.89 | 0.00 | 1162908 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 06/15/2006 20:25 | Withdrawal | -.07 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 283.82 | 0.00 | 1162909 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 06/15/2006 20:46 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 281.03 | 0.00 | 1162934 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 06/15/2006 20:46 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | 280.86 | 0.00 | 1162935 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 06/15/2006 20:46 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 280.78 | 0.00 | 1162936 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 06/15/2006 21:35 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 277.99 | 0.00 | 1163037 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 06/15/2006 21:35 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | 277.82 | 0.00 | 1163038 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 06/15/2006 21:35 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 277.74 | 0.00 | 1163039 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |

Inmate Account Summary Report
SALEM COUNTY CORRECTIONAL FACILITY

Today's Date: 10/30/2006                                                                 Page 6 of 11

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SMITH | IVAN | JOHN | | 2005-2316 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 06/20/2006 21:57 | Withdrawal | -12.18 | CP | | COMMISSARY SUMMARY POSTING | 265.56 | 0.00 | 1169077 | |
| Authorizing Employee: | | | | | ITI COMMISSARY SUMMARY POSTING | | | | |
| | | | | | Document Locator Number: | | | | |
| 06/27/2006 22:41 | Withdrawal | -10.10 | CP | | COMMISSARY SUMMARY POSTING | 255.46 | 0.00 | 1177351 | |
| Authorizing Employee: | | | | | ITI COMMISSARY SUMMARY POSTING | | | | |
| | | | | | Document Locator Number: | | | | |
| 07/05/2006 21:15 | Withdrawal | -17.80 | CP | | COMMISSARY SUMMARY POSTING | 237.66 | 0.00 | 1185679 | |
| Authorizing Employee: | | | | | ITI COMMISSARY SUMMARY POSTING | | | | |
| | | | | | Document Locator Number: | | | | |
| 07/07/2006 13:37 | Withdrawal | 1.08 | CRV | | COMMISSARY SUMMARY REVERSAL | 238.74 | 0.00 | 1186976 | |
| Authorizing Employee: 10573 | | | | | COMMISSARY SUMMARY REVERSAL | | | | |
| | | | | | Document Locator Number: | | | | |
| 07/07/2006 13:38 | Withdrawal | 2.19 | CRV | | COMMISSARY SUMMARY REVERSAL | 240.93 | 0.00 | 1186978 | |
| Authorizing Employee: 10573 | | | | | COMMISSARY SUMMARY REVERSAL | | | | |
| | | | | | Document Locator Number: | | | | |
| 07/11/2006 21:53 | Withdrawal | -13.02 | CP | | COMMISSARY SUMMARY POSTING | 227.91 | 0.00 | 1192448 | |
| Authorizing Employee: | | | | | ITI COMMISSARY SUMMARY POSTING | | | | |
| | | | | | Document Locator Number: | | | | |
| 07/18/2006 20:16 | Withdrawal | -12.09 | CP | | COMMISSARY SUMMARY POSTING | 215.82 | 0.00 | 1202001 | |
| Authorizing Employee: | | | | | ITI COMMISSARY SUMMARY POSTING | | | | |
| | | | | | Document Locator Number: | | | | |
| 07/25/2006 23:02 | Withdrawal | -11.78 | CP | | COMMISSARY SUMMARY POSTING | 204.04 | 0.00 | 1209196 | |
| Authorizing Employee: | | | | | ITI COMMISSARY SUMMARY POSTING | | | | |
| | | | | | Document Locator Number: | | | | |
| 07/28/2006 14:01 | Withdrawal | -1.83 | PS | 11214 | | 202.21 | 0.00 | 1212462 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: | | | | |
| 08/01/2006 21:55 | Withdrawal | -13.59 | CP | | COMMISSARY SUMMARY POSTING | 188.62 | 0.00 | 1217513 | |
| Authorizing Employee: | | | | | ITI COMMISSARY SUMMARY POSTING | | | | |
| | | | | | Document Locator Number: | | | | |
| 08/07/2006 15:43 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 187.02 | 0.00 | 1223866 | |
| Authorizing Employee: | | | | | ITI DEBIT SYSTEM CALL CHARGE | | | | |
| | | | | | Document Locator Number: | | | | |
| 08/07/2006 15:43 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 186.92 | 0.00 | 1223867 | |
| Authorizing Employee: | | | | | ITI DEBIT SYSTEM STATE TAX | | | | |
| | | | | | Document Locator Number: | | | | |
| 08/07/2006 15:43 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 186.92 | 0.00 | 1223868 | |
| Authorizing Employee: | | | | | ITI DEBIT SYSTEM FEDERAL TAX | | | | |
| | | | | | Document Locator Number: | | | | |

Inmate Account Summary Report
SALEM COUNTY CORRECTIONAL FACILITY

Today's Date: 10/30/2006     Page 7 of 11

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SMITH | IVAN | JOHN | | 2005-2316 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 08/08/2006 08:59 | Withdrawal | -.39 | PS | | 1 LETTER | 186.53 | 0.00 | 1225106 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: | | | | |
| 08/08/2006 23:03 | Withdrawal | -14.72 | CP | | COMMISSARY SUMMARY POSTING | 171.81 | 0.00 | 1226383 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI COMMISSARY SUMMARY POSTING | | | | |
| 08/09/2006 13:30 | Withdrawal | -4.50 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 167.31 | 0.00 | 1226684 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM CALL CHARGE | | | | |
| 08/09/2006 13:30 | Withdrawal | -.27 | ITC | | ITI DEBIT SYSTEM STATE TAX | 167.04 | 0.00 | 1226685 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM STATE TAX | | | | |
| 08/09/2006 13:30 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 167.04 | 0.00 | 1226686 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM FEDERAL TAX | | | | |
| 08/09/2006 13:38 | Withdrawal | -9.00 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 158.04 | 0.00 | 1226693 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM CALL CHARGE | | | | |
| 08/09/2006 13:38 | Withdrawal | -.54 | ITC | | ITI DEBIT SYSTEM STATE TAX | 157.50 | 0.00 | 1226694 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM STATE TAX | | | | |
| 08/09/2006 13:38 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 157.50 | 0.00 | 1226695 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM FEDERAL TAX | | | | |
| 08/16/2006 22:28 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 154.71 | 0.00 | 1235783 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM CALL CHARGE | | | | |
| 08/16/2006 22:28 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | 154.54 | 0.00 | 1235784 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM STATE TAX | | | | |
| 08/16/2006 22:28 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 154.54 | 0.00 | 1235785 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM FEDERAL TAX | | | | |
| 08/16/2006 22:48 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 151.75 | 0.00 | 1235846 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM CALL CHARGE | | | | |
| 08/16/2006 22:48 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | 151.58 | 0.00 | 1235847 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM STATE TAX | | | | |

Inmate Account Summary Report
SALEM COUNTY CORRECTIONAL FACILITY

Today's Date: 10/30/2006                                                                 Page 8 of 11

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SMITH | IVAN | JOHN | | 2005-2316 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 08/16/2006 22:48 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 151.58 | 0.00 | 1235848 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 08/16/2006 23:06 | Withdrawal | -2.44 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 149.14 | 0.00 | 1235903 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 08/16/2006 23:06 | Withdrawal | -.15 | ITC | | ITI DEBIT SYSTEM STATE TAX | 148.99 | 0.00 | 1235904 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 08/16/2006 23:06 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 148.99 | 0.00 | 1235905 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 08/22/2006 22:05 | Withdrawal | -16.75 | CP | | COMMISSARY SUMMARY POSTING | 132.24 | 0.00 | 1242656 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 08/24/2006 13:51 | Withdrawal | 2.19 | CRV | | COMMISSARY SUMMARY REVERSAL | 134.43 | 0.00 | 1244239 | |
| Authorizing Employee: 11626 | | | | | Document Locator Number: | | | | |
| 08/25/2006 14:02 | Withdrawal | -4.50 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 129.93 | 0.00 | 1245302 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 08/25/2006 14:02 | Withdrawal | -.27 | ITC | | ITI DEBIT SYSTEM STATE TAX | 129.66 | 0.00 | 1245303 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 08/25/2006 14:02 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 129.66 | 0.00 | 1245304 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 08/29/2006 21:51 | Withdrawal | -36.38 | CP | | COMMISSARY SUMMARY POSTING | 93.28 | 0.00 | 1250979 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 08/31/2006 10:09 | Deposit | 3.06 | CA | | | 96.34 | 0.00 | 1252425 | |
| Authorizing Employee: 11626 | | | | | Document Locator Number: | | | | |
| 08/31/2006 13:46 | Withdrawal | -3.75 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 92.59 | 0.00 | 1252720 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 08/31/2006 13:46 | Withdrawal | -.22 | ITC | | ITI DEBIT SYSTEM STATE TAX | 92.37 | 0.00 | 1252721 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |

Today's Date: 10/30/2006

Inmate Account Summary Report
SALEM COUNTY CORRECTIONAL FACILITY

Page 9 of 11

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SMITH | IVAN | JOHN | | 2005-2316 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 08/31/2006 13:46 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 92.37 | 0.00 | 1252722 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 08/31/2006 13:47 | Withdrawal | -3.75 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 88.62 | 0.00 | 1252726 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 08/31/2006 13:47 | Withdrawal | -.22 | ITC | | ITI DEBIT SYSTEM STATE TAX | 88.40 | 0.00 | 1252727 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 08/31/2006 13:47 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 88.40 | 0.00 | 1252728 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 08/31/2006 16:10 | Withdrawal | -3.75 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 84.65 | 0.00 | 1252889 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 08/31/2006 16:10 | Withdrawal | -.22 | ITC | | ITI DEBIT SYSTEM STATE TAX | 84.43 | 0.00 | 1252890 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 08/31/2006 16:10 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 84.43 | 0.00 | 1252891 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 08/31/2006 16:53 | Withdrawal | -4.50 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 79.93 | 0.00 | 1252919 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 08/31/2006 16:53 | Withdrawal | -.27 | ITC | | ITI DEBIT SYSTEM STATE TAX | 79.66 | 0.00 | 1252920 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 08/31/2006 16:53 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 79.66 | 0.00 | 1252921 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/01/2006 15:42 | Withdrawal | -3.75 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 75.91 | 0.00 | 1254100 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/01/2006 15:42 | Withdrawal | -.22 | ITC | | ITI DEBIT SYSTEM STATE TAX | 75.69 | 0.00 | 1254101 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/01/2006 15:42 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 75.69 | 0.00 | 1254102 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |

Today's Date: 10/30/2006

Inmate Account Summary Report
SALEM COUNTY CORRECTIONAL FACILITY

Page 10 of 11

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SMITH | IVAN | JOHN | | 2005-2316 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 09/05/2006 21:34 | Withdrawal | -17.19 | CP | | COMMISSARY SUMMARY POSTING | 58.50 | 0.00 | 1258855 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI COMMISSARY SUMMARY POSTING | | | | |
| 09/06/2006 11:16 | Withdrawal | -3.75 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 54.75 | 0.00 | 1259347 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM CALL CHARGE | | | | |
| 09/06/2006 11:16 | Withdrawal | -.22 | ITC | | ITI DEBIT SYSTEM STATE TAX | 54.53 | 0.00 | 1259348 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM STATE TAX | | | | |
| 09/06/2006 11:16 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 54.53 | 0.00 | 1259349 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM FEDERAL TAX | | | | |
| 09/08/2006 16:18 | Withdrawal | -6.00 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 48.53 | 0.00 | 1262293 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM CALL CHARGE | | | | |
| 09/08/2006 16:18 | Withdrawal | -.36 | ITC | | ITI DEBIT SYSTEM STATE TAX | 48.17 | 0.00 | 1262294 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM STATE TAX | | | | |
| 09/08/2006 16:18 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 48.17 | 0.00 | 1262295 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM FEDERAL TAX | | | | |
| 09/12/2006 21:41 | Withdrawal | -12.85 | CP | | COMMISSARY SUMMARY POSTING | 35.32 | 0.00 | 1267659 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI COMMISSARY SUMMARY POSTING | | | | |
| 09/19/2006 19:23 | Withdrawal | -13.80 | CP | | COMMISSARY SUMMARY POSTING | 21.52 | 0.00 | 1276976 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI COMMISSARY SUMMARY POSTING | | | | |
| 09/26/2006 19:23 | Withdrawal | -10.78 | CP | | COMMISSARY SUMMARY POSTING | 10.74 | 0.00 | 1285349 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI COMMISSARY SUMMARY POSTING | | | | |
| 10/03/2006 21:30 | Withdrawal | -5.88 | CP | | COMMISSARY SUMMARY POSTING | 4.86 | 0.00 | 1294824 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI COMMISSARY SUMMARY POSTING | | | | |

# Inmate Account Summary Report
## SALEM COUNTY CORRECTIONAL FACILITY

Today's Date: 10/30/2006                                                                                   Page 11 of 11

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SMITH | IVAN | JOHN | | 2005-2316 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 10/16/2006 10:16 | Deposit | 1.50 | WP | | 10/9 10/16 | 6.36 | 0.00 | 1318708 | |

Authorizing Employee: 21683                    Document Locator Number:

Total Withdrawals   -549.20
Total Deposits       555.56