IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
IVAN SMITH                          )
                                    )
        Plaintiff,                  )
                                    )
     v.                             ) Civil Action No. 06-632 JJF
                                    )
CITY OF WILMINGTON,                 )
UNNAMED WPD DETECTIVE,              )
UNNAMED AUSA FOR DISTRICT OF DE,    )
DISTRICT COURT OF DE,               )
UNNAMED ATFE AGENT,                 )
US MARSHAL,                         )
                                    )
        Defendants.                 )
```

**ORDER**

1. The plaintiff Ivan Smith, SBI #204884, a <u>pro se</u> litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 and has requested leave to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915.

2. On October 19, 2006, this Court ordered the plaintiff to provide a complete certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the above-referenced complaint. On November 2, 2006, the plaintiff submitted a portion of the trust fund account statement that included only pages 4 through 11.

THEREFORE, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall submit a complete prison trust fund account statement which includes ledger sheets **<u>showing all deposits, expenditures and balances</u>** during the six-

month period immediately preceding the filing of the complaint.

**FAILURE OF THE PLAINTIFF TO RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE OF THIS ORDER SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.**

DATED: November 6, 2006

_____
United States District Judge