November 9, 2006

Dear Clerk;

06-632 (JJF)

I am presently awaiting a new complete "trust fund account statement for 6-months", in regards to Civil act. No. 06-632 JJF. However, in the meanwhile, if this is sufficient, as of the Districts Court's order of November 6, 2006, stating that pages 4-11 were recieved by the court, here are pages 1-3. I only sent pages 4-11 because I wasn't sure if all 11 pages could fit in the small size envelopes. Anyway if these pages are not good enough, I am currently awaiting the facility to provide me another complete set of account info.

<u>Back</u>

Respectfully I. Smith

P.S.

However, the pages 4-11 were six months worth account information, although pages 1-4 were missing.

**Inmate Account Summary Report**
**SALEM COUNTY CORRECTIONAL FACILITY**

Today's Date: 10/30/2006                                                                                                     Page 1 of 11

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SMITH | IVAN | JOHN | | 2005-2316 |

06-632

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 11/14/2005 11:45 | Withdrawal | -14.50 | CC | | 14 COPIES | 0.00 | -14.50 | 807942 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: | | | PER MR. ESSINGTON | |
| 11/29/2005 10:37 | Withdrawal | -12.50 | CC | | 20 COPIES | 0.00 | -27.00 | 821730 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: | | | PER MR. ESSINGTON | |
| 12/29/2005 15:25 | Withdrawal | -6.00 | CC | | 8 COPIES | 0.00 | -33.00 | 850971 | |
| Authorizing Employee: 10974 | | | | | Document Locator Number: | | | PER REV ESSINGTON | |
| 01/09/2006 11:35 | Deposit | 1.00 | WP | | 1/2 1/8 | 0.40 | -32.40 | 7456 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: | | | | |
| 02/08/2006 15:59 | Deposit | 25.00 | MO | | RYSHEEN BOWERS | 10.40 | -17.40 | 35799 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: 443280805 | | | | |
| 02/08/2006 16:00 | Deposit | 25.00 | MO | | RYSHEEN BOWERS | 20.40 | -2.40 | 35800 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: 4764171706 | | | | |
| 02/09/2006 22:38 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 17.61 | -2.40 | 37391 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 02/09/2006 22:38 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | 17.44 | -2.40 | 37392 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 02/09/2006 22:38 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 17.36 | -2.40 | 37393 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 02/09/2006 22:59 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 14.57 | -2.40 | 37419 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 02/09/2006 22:59 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | 14.40 | -2.40 | 37420 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 02/09/2006 22:59 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 14.32 | -2.40 | 37421 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 02/10/2006 22:17 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 11.53 | -2.40 | 38544 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |

*[handwritten notes: "9 pages 6 pgs", "p.3", "BD scanned"]*
*[FILED stamp: NOV 14 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE]*

# Inmate Account Summary Report
## SALEM COUNTY CORRECTIONAL FACILITY

Today's Date: 10/30/2006                                                                 Page 2 of 11

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SMITH | IVAN | JOHN | | 2005-2316 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 02/10/2006 22:17 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | 11.36 | -2.40 | 38545 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 02/10/2006 22:17 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 11.28 | -2.40 | 38546 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 02/16/2006 09:20 | Withdrawal | -.39 | PS | | 1 LETTER | 10.89 | -2.40 | 43499 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: | | | | |
| 02/21/2006 11:13 | Withdrawal | -.39 | PS | | 1 LETTER | 10.50 | -2.40 | 47489 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: | | | | |
| 03/09/2006 14:34 | Withdrawal | -30.00 | CC | | 80 COPIES | 0.00 | -21.90 | 62296 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: PER C/O KENT | | | | |
| 05/04/2006 16:00 | Withdrawal | -1.50 | CC | | 2 PAGES FINANCIAL STATEMENT | 0.00 | -23.40 | 116426 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: | | | | |
| 05/10/2006 15:12 | Deposit | 500.00 | MO | | CHERYL ROSS | 476.60 | 0.00 | 123219 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: 5532373177 | | | | |
| 05/20/2006 20:29 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 473.81 | 0.00 | 1133831 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/20/2006 20:29 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | 473.64 | 0.00 | 1133832 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/20/2006 20:29 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 473.56 | 0.00 | 1133833 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/20/2006 22:41 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 470.77 | 0.00 | 1134089 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/20/2006 22:41 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | 470.60 | 0.00 | 1134090 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/20/2006 22:41 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 470.52 | 0.00 | 1134091 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |

Inmate Account Summary Report
SALEM COUNTY CORRECTIONAL FACILITY

Today's Date: 10/30/2006                                                                                           Page 3 of 11

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SMITH | IVAN | JOHN | | 2005-2316 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 05/21/2006 21:06 | Withdrawal | -2.02 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 468.50 | 0.00 | 1134863 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/21/2006 21:06 | Withdrawal | -.12 | ITC | | ITI DEBIT SYSTEM STATE TAX | 468.38 | 0.00 | 1134864 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/21/2006 21:06 | Withdrawal | -.06 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 468.32 | 0.00 | 1134865 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/21/2006 22:45 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 465.53 | 0.00 | 1135032 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/21/2006 22:45 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | 465.36 | 0.00 | 1135033 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/21/2006 22:45 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 465.28 | 0.00 | 1135034 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/21/2006 23:04 | Withdrawal | -2.65 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 462.63 | 0.00 | 1135072 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/21/2006 23:04 | Withdrawal | -.16 | ITC | | ITI DEBIT SYSTEM STATE TAX | 462.47 | 0.00 | 1135073 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/21/2006 23:04 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 462.39 | 0.00 | 1135074 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/23/2006 21:21 | Withdrawal | -18.37 | CP | | COMMISSARY SUMMARY POSTING | 444.02 | 0.00 | 1137365 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/25/2006 22:48 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 441.23 | 0.00 | 1139522 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/25/2006 22:48 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | 441.06 | 0.00 | 1139523 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/25/2006 22:48 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 440.98 | 0.00 | 1139524 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |



Oven Smith, B-3
25 Cemetary Road
Woodstown, NJ. 08098

FROM
... COUNTY
... ONAL FACILITY

Office of the Clerk
United States Dist. Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

Legal Mail