November 13, 2006

District Court Clerk;

RE: Case No. 1:06-cv-632 (JJF)

Here is a complete copy of my inmate trust Fund account; As requested.

Thank you Ivan Smith



**Inmate Current Running Balance Date Range Report**
**SALEM COUNTY CORRECTIONAL FACILITY**

Today's Date: 11/13/2006
Report Spanning: 04/01/2006 - 11/13/2006

Page 1 of 4

Inmate Name: SMITH    IVAN    JOHN    Booking#: 2005-2316    Beginning Balance: 0

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Document Locator # | Running Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 05/04/2006 16:00 | Withdrawal | -1.50 | CC | | 2 PAGES FINANCIAL STATEMENT | | .00 | 116426 | |
| 05/10/2006 15:12 | Deposit | 500.00 | MO | | CHERYL ROSS | 55323731177 | -8.90 | 123219 | |
| 05/20/2006 20:29 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | | 473.81 | 1133831 | |
| 05/20/2006 20:29 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 473.64 | 1133832 | |
| 05/20/2006 20:29 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 473.56 | 1133833 | |
| 05/20/2006 22:41 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | | 470.77 | 1134089 | |
| 05/20/2006 22:41 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 470.60 | 1134090 | |
| 05/20/2006 22:41 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 470.52 | 1134091 | |
| 05/21/2006 21:06 | Withdrawal | -2.02 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | | 468.50 | 1134863 | |
| 05/21/2006 21:06 | Withdrawal | -.12 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 468.38 | 1134864 | |
| 05/21/2006 21:06 | Withdrawal | -.06 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 468.32 | 1134865 | |
| 05/21/2006 22:45 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | | 465.53 | 1135032 | |
| 05/21/2006 22:45 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 465.36 | 1135033 | |
| 05/21/2006 22:45 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 465.28 | 1135034 | |
| 05/21/2006 23:04 | Withdrawal | -2.65 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | | 462.63 | 1135072 | |
| 05/21/2006 23:04 | Withdrawal | -.16 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 462.47 | 1135073 | |
| 05/21/2006 23:04 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 462.39 | 1135074 | |
| 05/23/2006 21:21 | Withdrawal | -18.37 | CP | | ITI COMMISSARY SUMMARY POSTING | | 444.02 | 1137365 | |
| 05/25/2006 22:48 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | | 441.23 | 1139522 | |
| 05/25/2006 22:48 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 441.06 | 1139523 | |
| 05/25/2006 22:48 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 440.98 | 1139524 | |
| 05/26/2006 10:07 | Withdrawal | -2.37 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | | 438.61 | 1139583 | |
| 05/26/2006 10:07 | Withdrawal | -.14 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 438.47 | 1139584 | |
| 05/26/2006 10:07 | Withdrawal | -.07 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 438.40 | 1139585 | |
| 05/30/2006 21:23 | Withdrawal | -11.25 | CP | | ITI COMMISSARY SUMMARY POSTING | | 427.15 | 1144290 | |
| 06/02/2006 13:54 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | | 424.36 | 1147372 | |
| 06/02/2006 13:54 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 424.19 | 1147373 | |
| 06/02/2006 13:54 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 424.11 | 1147374 | |
| 06/06/2006 19:53 | Withdrawal | -16.30 | CP | | ITI COMMISSARY SUMMARY POSTING | | 407.81 | 1152390 | |

Today's Date: 11/13/2006
Report Spanning: 04/01/2006 - 11/13/2006

**SALEM COUNTY CORRECTIONAL FACILITY**
**Inmate Current Running Balance Date Range Report**

Page 2 of 4

Inmate Name: SMITH    IVAN    JOHN    Booking#: 2005-2316    Beginning Balance: 0

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Document Locator # | Running Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 06/08/2006 16:11 | Withdrawal | -100.00 | OT | | UNITED STATES DISTRICT COURT | 11073 | 307.81 | 1154880 | |
| 06/08/2006 21:11 | Withdrawal | -1.81 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | | 306.00 | 1155185 | |
| 06/08/2006 21:11 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 305.89 | 1155186 | |
| 06/08/2006 21:11 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 305.84 | 1155187 | |
| 06/08/2006 22:21 | Withdrawal | -2.16 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | | 303.68 | 1155433 | |
| 06/08/2006 22:21 | Withdrawal | -.13 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 303.55 | 1155434 | |
| 06/08/2006 22:21 | Withdrawal | -.06 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 303.49 | 1155435 | |
| 06/09/2006 14:43 | Withdrawal | -3.80 | CC | | 6 COPIES | PER C/O KENT | 299.69 | 1156029 | |
| 06/13/2006 21:40 | Withdrawal | -13.21 | CP | | COMMISSARY SUMMARY POSTING | ITI COMMISSARY SUMMARY POSTING | 286.48 | 1160995 | |
| 06/15/2006 20:25 | Withdrawal | -2.44 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | | 284.04 | 1162907 | |
| 06/15/2006 20:25 | Withdrawal | -.15 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 283.89 | 1162908 | |
| 06/15/2006 20:25 | Withdrawal | -.07 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 283.82 | 1162909 | |
| 06/15/2006 20:46 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | | 281.03 | 1162934 | |
| 06/15/2006 20:46 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 280.86 | 1162935 | |
| 06/15/2006 20:46 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 280.78 | 1162936 | |
| 06/15/2006 21:35 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | | 277.99 | 1163037 | |
| 06/15/2006 21:35 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 277.82 | 1163038 | |
| 06/15/2006 21:35 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 277.74 | 1163039 | |
| 06/20/2006 21:57 | Withdrawal | -12.18 | CP | | COMMISSARY SUMMARY POSTING | ITI COMMISSARY SUMMARY POSTING | 265.56 | 1169077 | |
| 06/27/2006 22:41 | Withdrawal | -10.10 | CP | | COMMISSARY SUMMARY POSTING | ITI COMMISSARY SUMMARY POSTING | 255.46 | 1177351 | |
| 07/05/2006 21:15 | Withdrawal | -17.80 | CP | | COMMISSARY SUMMARY POSTING | ITI COMMISSARY SUMMARY POSTING | 237.66 | 1185679 | |
| 07/07/2006 13:37 | Withdrawal | 1.08 | CRV | | COMMISSARY SUMMARY REVERS | COMMISSARY SUMMARY REVERSAL | 238.74 | 1186976 | |
| 07/07/2006 13:38 | Withdrawal | 2.19 | CRV | | COMMISSARY SUMMARY REVERS | COMMISSARY SUMMARY REVERSAL | 239.85 | 1186978 | |
| 07/11/2006 21:53 | Withdrawal | -13.02 | CP | | COMMISSARY SUMMARY POSTING | ITI COMMISSARY SUMMARY POSTING | 227.91 | 1192448 | |
| 07/18/2006 20:16 | Withdrawal | -12.09 | CP | | COMMISSARY SUMMARY POSTING | ITI COMMISSARY SUMMARY POSTING | 215.82 | 1202001 | |
| 07/25/2006 23:02 | Withdrawal | -11.78 | CP | | COMMISSARY SUMMARY POSTING | ITI COMMISSARY SUMMARY POSTING | 204.04 | 1209196 | |
| 07/28/2006 14:01 | Withdrawal | -1.83 | PS | | | 11214 | 202.21 | 1212462 | |
| 08/01/2006 21:55 | Withdrawal | -13.59 | CP | | COMMISSARY SUMMARY POSTING | ITI COMMISSARY SUMMARY POSTING | 188.62 | 1217513 | |
| 08/07/2006 15:43 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | ITI DEBIT SYSTEM CALL CHARGE | 187.02 | 1223866 | |

Today's Date: 11/13/2006

Report Spanning: 04/01/2006 - 11/13/2006

**Inmate Current Running Balance Date Range Report**
**SALEM COUNTY CORRECTIONAL FACILITY**

Page 3 of 4

Inmate Name: SMITH          IVAN         JOHN          Booking#: 2005-2316          Beginning Balance: 0

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Document Locator # | Running Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 08/07/2006 15:43 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 186.92 | 1223867 | |
| 08/07/2006 15:43 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 186.92 | 1223868 | |
| 08/08/2006 08:59 | Withdrawal | -.39 | PS | | 1 LETTER | | 186.53 | 1225106 | |
| 08/08/2006 23:03 | Withdrawal | -14.72 | CP | | COMMISSARY SUMMARY POSTING | ITI COMMISSARY SUMMARY POSTING | 171.81 | 1226383 | |
| 08/09/2006 13:30 | Withdrawal | -4.50 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | | 167.31 | 1226684 | |
| 08/09/2006 13:30 | Withdrawal | -.27 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 167.04 | 1226685 | |
| 08/09/2006 13:30 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 167.04 | 1226686 | |
| 08/09/2006 13:38 | Withdrawal | -9.00 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | | 158.04 | 1226693 | |
| 08/09/2006 13:38 | Withdrawal | -.54 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 157.50 | 1226694 | |
| 08/09/2006 13:38 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 157.50 | 1226695 | |
| 08/16/2006 22:28 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | | 154.71 | 1235783 | |
| 08/16/2006 22:28 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 154.54 | 1235784 | |
| 08/16/2006 22:28 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 154.54 | 1235785 | |
| 08/16/2006 22:48 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | | 151.75 | 1235846 | |
| 08/16/2006 22:48 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 151.58 | 1235847 | |
| 08/16/2006 22:48 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 151.58 | 1235848 | |
| 08/16/2006 23:06 | Withdrawal | -2.44 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | | 149.14 | 1235903 | |
| 08/16/2006 23:06 | Withdrawal | -.15 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 148.99 | 1235904 | |
| 08/16/2006 23:06 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 148.99 | 1235905 | |
| 08/22/2006 22:05 | Withdrawal | -16.75 | CP | | COMMISSARY SUMMARY POSTING | ITI COMMISSARY SUMMARY POSTING | 132.24 | 1242656 | |
| 08/24/2006 13:51 | Withdrawal | 2.19 | CRV | | COMMISSARY SUMMARY REVERSAL | COMMISSARY SUMMARY REVERSAL | 134.43 | 1244239 | |
| 08/25/2006 14:02 | Withdrawal | -4.50 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | | 129.93 | 1245302 | |
| 08/25/2006 14:02 | Withdrawal | -.27 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 129.66 | 1245303 | |
| 08/25/2006 14:02 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 129.66 | 1245304 | |
| 08/29/2006 21:51 | Withdrawal | -36.38 | CP | | COMMISSARY SUMMARY POSTING | ITI COMMISSARY SUMMARY POSTING | 93.28 | 1250979 | |
| 08/31/2006 10:09 | Deposit | 3.06 | CA | | | | 96.34 | 1252425 | |
| 08/31/2006 13:46 | Withdrawal | -3.75 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | | 92.59 | 1252720 | |
| 08/31/2006 13:46 | Withdrawal | -.22 | ITC | | ITI DEBIT SYSTEM STATE TAX | | 92.37 | 1252721 | |
| 08/31/2006 13:46 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | | 92.37 | 1252722 | |

Today's Date: 11/13/2006

**SALEM COUNTY CORRECTIONAL FACILITY**
**Inmate Current Running Balance Date Range Report**

Page 4 of 4

Report Spanning: 04/01/2006 - 11/13/2006

Inmate Name: SMITH    IVAN    JOHN    Booking#: 2005-2316    Beginning Balance: 0

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Document Locator # | Running Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 08/31/2006 13:47 | Withdrawal | -3.75 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | ITI DEBIT SYSTEM CALL CHARGE | 88.62 | 1252726 | |
| 08/31/2006 13:47 | Withdrawal | -.22 | ITC | | ITI DEBIT SYSTEM STATE TAX | ITI DEBIT SYSTEM STATE TAX | 88.40 | 1252727 | |
| 08/31/2006 13:47 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | ITI DEBIT SYSTEM FEDERAL TAX | 88.40 | 1252728 | |
| 08/31/2006 16:10 | Withdrawal | -3.75 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | ITI DEBIT SYSTEM CALL CHARGE | 84.65 | 1252889 | |
| 08/31/2006 16:10 | Withdrawal | -.22 | ITC | | ITI DEBIT SYSTEM STATE TAX | ITI DEBIT SYSTEM STATE TAX | 84.43 | 1252890 | |
| 08/31/2006 16:10 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | ITI DEBIT SYSTEM FEDERAL TAX | 84.43 | 1252891 | |
| 08/31/2006 16:53 | Withdrawal | -4.50 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | ITI DEBIT SYSTEM CALL CHARGE | 79.93 | 1252919 | |
| 08/31/2006 16:53 | Withdrawal | -.27 | ITC | | ITI DEBIT SYSTEM STATE TAX | ITI DEBIT SYSTEM STATE TAX | 79.66 | 1252920 | |
| 08/31/2006 16:53 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | ITI DEBIT SYSTEM FEDERAL TAX | 79.66 | 1252921 | |
| 09/01/2006 15:42 | Withdrawal | -3.75 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | ITI DEBIT SYSTEM CALL CHARGE | 75.91 | 1254100 | |
| 09/01/2006 15:42 | Withdrawal | -.22 | ITC | | ITI DEBIT SYSTEM STATE TAX | ITI DEBIT SYSTEM STATE TAX | 75.69 | 1254101 | |
| 09/01/2006 15:42 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | ITI DEBIT SYSTEM FEDERAL TAX | 75.69 | 1254102 | |
| 09/05/2006 21:34 | Withdrawal | -17.19 | CP | | ITI COMMISSARY POSTING | ITI COMMISSARY SUMMARY POSTING | 58.50 | 1258855 | |
| 09/06/2006 11:16 | Withdrawal | -3.75 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | ITI DEBIT SYSTEM CALL CHARGE | 54.75 | 1259347 | |
| 09/06/2006 11:16 | Withdrawal | -.22 | ITC | | ITI DEBIT SYSTEM STATE TAX | ITI DEBIT SYSTEM STATE TAX | 54.53 | 1259348 | |
| 09/06/2006 11:16 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | ITI DEBIT SYSTEM FEDERAL TAX | 54.53 | 1259349 | |
| 09/08/2006 16:18 | Withdrawal | -6.00 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | ITI DEBIT SYSTEM CALL CHARGE | 48.53 | 1262293 | |
| 09/08/2006 16:18 | Withdrawal | -.36 | ITC | | ITI DEBIT SYSTEM STATE TAX | ITI DEBIT SYSTEM STATE TAX | 48.17 | 1262294 | |
| 09/08/2006 16:18 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | ITI DEBIT SYSTEM FEDERAL TAX | 48.17 | 1262295 | |
| 09/12/2006 21:41 | Withdrawal | -12.85 | CP | | ITI COMMISSARY POSTING | ITI COMMISSARY SUMMARY POSTING | 35.32 | 1267659 | |
| 09/19/2006 19:23 | Withdrawal | -13.80 | CP | | ITI COMMISSARY POSTING | ITI COMMISSARY SUMMARY POSTING | 21.52 | 1276976 | |
| 09/26/2006 19:23 | Withdrawal | -10.78 | CP | | ITI COMMISSARY POSTING | ITI COMMISSARY SUMMARY POSTING | 10.74 | 1285349 | |
| 10/03/2006 21:30 | Withdrawal | -5.88 | CP | | ITI COMMISSARY POSTING | ITI COMMISSARY SUMMARY POSTING | 4.86 | 1294824 | |
| 10/16/2006 10:16 | Deposit | 1.50 | WP | 10/9 10/16 | | | 6.36 | 1318708 | |
| 10/30/2006 16:19 | Withdrawal | -6.75 | CC | COPIES FORM 9 PAGES | PER US RAY | | .00 | 1332786 | |
| 11/13/2006 10:54 | Deposit | 2.50 | WP | 11/6 11/12 | | | 2.11 | 1346229 | |

Total Withdrawals this Inmate: -483.05    Total Deposits This Inmate: 507.06    Net Transactions: 24.01