IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IVAN SMITH )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>CITY OF WILMINGTON, )<br>UNNAMED WPD DETECTIVE, )<br>UNNAMED AUSA FOR DISTRICT OF DE, )<br>DISTRICT COURT OF DE, )<br>UNNAMED ATFE AGENT, )<br>US MARSHAL, )<br>)<br>    Defendants. ) | Civil Action No. 06-632 JJF |

**AUTHORIZATION**

FILED
NOV 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

I, Ivan Smith, SBI #204884, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $35.14 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated November 16, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: November 21, 2006.

_____
Signature of Plaintiff

Ivan Smith 11-21-06

**MRS. JOYCE S. MASSEY, CSW**
Director of Social Rehabilitation &
Deputy Work Release Administrator

**SALEM COUNTY CORRECTIONAL FACILITY**

125 Cemetery Road
Woodstown, NJ 08098
(856) 769-4300 Ext. 730
Fax. (856) 769-3578

DATE:       **NOVEMBER 21, 2006**

TO:         **DISTRICT COURT CLERK**

SUBJECT:    **FINANCIAL STATEMENT**

    Inmate Ivan Smith, DOB ▓▓▓ 1975, who has been incarcerated here at Salem County Correctional Facility since 09/28/2005 presently has on his account $2.61 (two dollars and sixty-one cents).

    Any questions or concerns regarding this matter should be directed to me. Thank you.

Sincerely,

*Joyce S Massey*

(Mrs.) Joyce S. Massey, CSW
Director of Social Rehabilitation