February 11th, 2007

06-632

FILED
FEB 14 2007
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear District Court Judge Farnan;

My name is Ivan Smith, a plaintiff in a civil case pending before your Honorableness. In September of 2005, I was transported to the District of Delaware, via.; defendant initiated writ to resolve open detainers (IAD ACT), filed from Wyoming Correctional Facility of New York State. On the way to Delaware, I was transferred through a number of facility's, ie., Batavia Federal Detention (Buffalo, N.Y.); Northeast Corrections (Youngstown, Ohio) and, FDC Philadelphia; in route to Salem County where I was detained pending trial. My transfer from N.Y. State to the District of Delaware lasted roughly (10) days, or less. However, following the conclusion of my case and upon my return back to N.Y. State, I have already been in transit for over (27) days so far without reaching the N.Y. State facility where I came from.

(1)

For clarity, I am not complaining about the transportation process; however, I am complaining about the fact that, while I have been in transit, I have been denied my mental health medication at Batavia, where I have been for going into the third week, and also the fact that the U.S. Marshals have improperly handled my legal work and materials. On January 18, 2007, when I was leaving FDC Philadelphia enroute to Ohio, the Marshals told me that if I did not allow them to mail my legal work that it would be thrown away, as I insisted on carrying it myself because I need it at all times. Thereafter, on January 22, 2007, I was transferred from Ohio to Buffalo and, my legal work had not arrived in Ohio from Philadelphia; At that point the staff at Ohio notified me that when my legal mail (legal work) arrived from Philadelphia that it would be sent back since I was leaving that facility.

(2)

Presently, I am at Batavia, in Buffalo, N.Y. and, I am writing Philadelphia (FDC) and Ohio (Northeast), in reference to my final destination (Wyoming Correctional Facility, in Attica, N.Y.) and where to send my legal work. However, I hope that the legal work doesn't get lost while I am being transfered from Federal over to state custody, I have filed a number of pro se petitions, including an active civil rights complaint that is currently pending before your Honor. Moreover, the manner in which the Marshals have desposed of my legal work materials was inappropriate to the point that I am being prevented from litigating my cases or petitions; although I am attempting the best I can without my legal work, which includes my pending pro se petition identification numbers, and my attorney's address in my other case, etc., etc. In short, without my legal work I am doomed. In the future, however, I will notify

the District Court if my legal work is eventually lost or found. As for the present, I would like to include these facts to the grounds stated in my pending civil complaint before your Honor. I would also like to be informed regarding the present status of : (Ivan Smith v. U.S., etc.); I cannot cite the case action number, due to the missing legal work materials.

Truley Ivan Smith

Ivan Smith

(4)

Ivan Smith # 05002-015
Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, N.Y. 14020  S.M.S
X-RAY

BUFFALO NY 142
FEB 2007 PM 5 T

District Court Clerk
For the District of Delaware
844 N. King Street, lockbox #18
Wilmington, Delaware 19801

LEGAL MAIL