IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IVAN SMITH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-632-JJF |
| CITY OF WILMINGTON, UNNAMED WILMINGTON POLICE DETECTIVES, UNITED STATES, UNNAMED AUSA FOR THE DISTRICT OF DELAWARE, DISTRICT COURT OF DELAWARE, UNNAMED ATFE AGENT, and U.S. MARSHAL FOR THE DISTRICT OF DELAWARE, | : |
| Defendants. | : |

### ORDER

NOW THEREFORE, at Wilmington this 20 day of February, 2007, IT IS HEREBY ORDERED that:

1. The Motion To Amend Civil Complaint (D.I. 6) is construed as an Amended Complaint.

2. The Complaint and Amended Complaint are **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1). Amendment of the Complaint would be futile. See Grayson v. Mayview State Hosp., 293 F.3d 103, 111 (3d Cir. 2002); Borelli v. City of Reading, 532 F.2d 950, 951-52 (3d. Cir. 1976).

3. Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee. The Clerk of the Court is directed to send a copy of this Order to the appropriate

prison business office.

                                                                _____
                                                                 UNITED STATES DISTRICT JUDGE