IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IVAN SMITH
    Plaintiff,

v.                               Civil Action No. 06-632-JJF

CITY OF WILMINGTON etc.
    Defendants.

PLAINTIFF'S NOTICE OF APPEAL

Plaintiff, Ivan Smith pro se, hearby orders the District of Delaware Court Clerk to file a notice to appeal the dismissal of the plaintiffs complaint of February 20, 2007, to the Third Circuit Court of Appeals. The Plaintiffs also request the Clerk issue copies of the said notice to the appropriate opposing parties.

Respectfully, Ivan Smith
*Ivan Smith*
2-27-07

FILED
MAR -5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

Ryan Smith 05002 015
Buffalo Federal Detention Facility
4250 Federal Drive
Howard/Batavia Detention Facility
S.M.S.
K-RAY

Legal Mail

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
$ 00.39⁰
PITNEY BOWES
02 1M   MAR 01 2007
00042120030
MAILED FROM ZIP CODE 14020

Office of the Clerk
United States District Court
844 N. King Street, lock box #18
Wilmington, Delaware 19801-3570

19801+3570

LEGAL MAIL