March 12, 2007

District Court of Delaware;

RE: #1:06-cv-632 (JJF)

BD scanned
FILED
MAR 1 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I was brought to Delaware, via, Writ of Habeas Corpus ad prosequendum. However, since my sentencing on 1-12-07, instead of being returned to my sending facility of confinement (Wyoming state in N.Y.), I have been kept in pre-trial confinement, which is disrupting my rehabilitation treatment as a sentenced person. Maybe Judge Jordan didn't sign my return papers and the Marshals have forgotten about me. However, I would like to be returned to the facility where I was already doing time before my federal trial in Delaware.

Ivan Smith

Evan Smith #05502-015
Fallo Federal Detention Facility
4250 Federal Drive
Batavia, N.Y. 14020

Legal Mail indigent

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
$ 00.390
MAR 16 2007
MAILED FROM ZIP CODE 14020

Office of the Clerk
United States Dist. Court
844 N.J.E.M.Street, Lockbox #18
X-RAY
Wilmington, Delaware 19801-3570

Legal Mail