Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

US POSTAGE
049J82023030
$00.390
03/21/2007
Mailed From 19801

FILED
MAR 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ivan Smith
DE SBI 204884
Buffalo Federal Detention Facility
Fed ~~4-27-066~~
~~4___ Federal Drive~~

Return to Sender
NO ADDRESSEE

NIXIE      142     1         72 03/27/07
         RETURN TO SENDER
      ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 19801351918     *1527-02931-21-41

**Other Documents**

1:06-cv-00632-JJF Smith v. City of Wilmington et al **CASE CLOSED on 02/20/2007**
APPEAL, CLOSED, PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 3/21/2007 at 11:33 AM EDT and filed on 3/19/2007
**Case Name:**       Smith v. City of Wilmington et al
**Case Number:**   1:06-cv-632
**Filer:**
**WARNING: CASE CLOSED on 02/20/2007**
**Document Number:** 18

**Docket Text:**
Letter to District Court from Ivan Smith regarding pretrial confinement disrupting treatment and requesting transfer. (lec)

**1:06-cv-632 Notice has been electronically mailed to:**

**1:06-cv-632 Notice has been delivered by other means to:**

Ivan Smith
DE SBI 204884
Buffalo Federal Detention Facility
Fed ID #485-27-066
4250 Federal Drive
Batavia, NY 14020

Scanned
FILED
MAR 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/21/2007] [FileNumber=360448-0]
[50eefcdf94e83784f4183d30acf235c384ec028459e9182ce7e4375b609012e89fe5
7df9f49ee7183da626f13d4a9ea8d58bf54e60875f19f65a96ba426f88d7]]