**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 7-1688</u>

Smith

vs.

Wilmington, et al.

Ivan Smith #48527-060, Appellant

(Delaware District Civil No. 06-cv-00632)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*Marcia M. Waldron*

Clerk

Date: July 24, 2007

cc:
    Ivan Smith #48527-060
    Douglas E. McCann, Esq.



A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk